JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, Plaintiff, v. WFP SECURITIES CORPORATION, ET AL. Defendants. | CV 11-1436 PA (SHx) JUDGMENT |
|---|---|

Pursuant to the Court's June 27, 2011 Minute Order dismissing with prejudice the action in interpleader filed by plaintiff Endurance American Specialty Insurance Company ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: July 21, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE